| | |
|---|---|
| LAWRENCE G. WASDEN<br>ATTORNEY GENERAL | THOMAS C. PERRY, ISB #7203<br>CALLY A. YOUNGER, ISB # 8987<br>Counsel to the Governor |
| STEVEN L. OLSEN, ISB #3586<br>Chief of Civil Litigation | Office of the Governor<br>P.O. Box 83720<br>Boise, ID  83720-0034 |
| CLAY R. SMITH, ISB #6385<br>CARL J. WITHROE, ISB #7051<br>954 W. Jefferson Street, 2nd Floor<br>P.O. Box 83720<br>Boise, ID  83720-0010<br>Telephone:  (208) 334-2400<br>Facsimile:  (208) 854-8073<br>clay.smith@ag.idaho.gov<br>carl.withroe@ag.idaho.gov<br>Attorneys for Defendant Wasden | Telephone:  (208) 334-2100<br>Facsimile:  (208) 334-3454<br>tom.perry@gov.idaho.gov<br>cally.younger@gov.idaho.gov<br>Attorneys for Defendant Otter |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.*<br><br>              Plaintiffs,<br><br>vs.<br><br>C.L. "BUTCH" OTTER, in his official capacity as Governor of Idaho; LAWRENCE WASDEN, in his official capacity as Attorney General of Idaho,<br><br>              Defendants;<br><br>              and<br><br>THE IDAHO DAIRYMEN'S ASSOCIATION, INC., an Idaho nonprofit corporation<br><br>              Applicant for Intervention. | DEFENDANTS' RESPONSE TO MOTION TO INTERVENE AS PARTY-DEFENDANT |

DEFENDANTS' RESPONSE TO MOTION TO INTERVENE AS PARTY-DEFENDANT - 1

Defendants do not oppose Applicant for Intervention's Motion to Intervene as Party-Defendant (Dkt. 16).

DATED this 25th day of April 2014.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                                            By    /s/ *Clay R. Smith*
                                                    CLAY R. SMITH
                                                    CARL J. WITHROE
                                                    DEPUTY ATTORNEYS GENERAL

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of April 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Justin Marceau
jmarceau@law.du.edu

Matthew Liebman
mliebman@aldf.org

Matthew Strugar
matthew-s@petaf.org

Paige M. Tomaselli
ptomaselli@centerforfoodsafety.org

Richard Alan Eppink
reppink@acluidaho.org

Maria E. Andrade
mandrade@andradelegal.com

Thomas C. Perry
tom.perry@gov.idaho.gov

Cally A. Younger
cally.younger@gov.idaho.gov

Daniel V. Steenson
dan@sawtoothlaw.com

David P. Claiborne
david@sawtoothlaw.com

Charles A Brown
CharlesABrown@cableone.net

Bruce D Brown
bbrown@bakerlaw.com

                                                                      /s/ *Clay R. Smith*
                                                                         Clay R. Smith