LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
CARL J. WITHROE, ISB #7051
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
clay.smith@ag.idaho.gov
carl.withroe@ag.idaho.gov
Attorneys for Defendant Wasden

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.* | )<br>) |
| Plaintiffs, | ) Case No. 1:14-cv-00104-BLW<br>) |
| vs. | )<br>) |
| C.L. "BUTCH" OTTER, in his official capacity as Governor of Idaho; LAWRENCE WASDEN, in his official capacity as Attorney General of Idaho, | ) **DEFENDANT WASDEN'S ANSWER**<br>) **TO COMPLAINT**<br>)<br>)<br>) |
| Defendants. | ) |

Defendant Lawrence Wasden answers the Complaint as follows:

**FIRST DEFENSE**

1.      Paragraph 1 is denied insofar as it purports to characterize accurately Idaho Code § 18-7042.  The statute speaks for itself.

2.      Defendant Wasden lacks sufficient knowledge to admit or deny paragraphs 2 through 6.

DEFENDANT WASDEN'S ANSWER TO COMPLAINT - 1

3. Paragraph 7 is denied insofar as it purports to characterize accurately either the effect or the text of Idaho Code § 18-7042 except to the extent that its footnote accurately reproduces the statute's text.

4. Paragraphs 8 through 10 are denied insofar as they purport to characterize accurately the effect or text of Idaho Code § 18-7042.

5. Defendant Wasden lacks sufficient knowledge to admit or deny the allegations in paragraph 11.

6. Paragraphs 12 through 15 are denied insofar as they purport to characterize accurately the effect or text of Idaho Code § 18-7042.

7. Defendant Wasden lacks sufficient knowledge to admit or deny paragraph 16.

8. Paragraphs 17 through 21 are denied.

9. The first sentence of paragraph 22 is admitted. The second sentence is denied. Relief pursuant *Ex parte Young*, 209 U.S. 123 (1908), against Defendant Wasden is inappropriate. Defendant Wasden is without knowledge concerning Plaintiffs' standing to sue under Article III of the United States Constitution. Certain claims are nonjusticiable.

10. Paragraph 23 is admitted to the extent that subject matter jurisdiction exists.

11. Paragraph 24 is admitted.

12. Defendant Wasden lacks sufficient knowledge to admit or deny paragraphs 25 through 41.

13. No answer to paragraph 42 is required because the complaint has been dismissed against Defendant Otter.

14. Paragraph 43 is admitted.

15. Paragraphs 44 and 45 are admitted.

16. Paragraphs 46 through 60 are denied insofar as they purport to characterize accurately the effect or text of Idaho Code § 18-7042.

17. Paragraph 61 is denied.

18. Paragraph 62 is denied insofar as it purports to characterize accurately statements made concerning or justifications for Senate Bill 1337 (Idaho 62d Legis. 2d Sess.).

19. Paragraph 63 accurately quotes the statement contained in the first sentence. It does not accurately quote the statement contained in the second sentence. Except as admitted, the paragraphs' allegations are denied as legal or factual conclusions.

20. Defendant Wasden lacks sufficient knowledge to admit or deny paragraphs 64 through 66.

21. The first sentence of paragraph 67 is admitted only insofar as it alleges that the Idaho Dairymen's Association supported enactment of Senate Bill 1337 (Idaho 62d Legis. 2d Sess.). The second sentence is denied insofar as it purports to quote accurately the referenced statement.

22. Defendant Wasden lacks sufficient knowledge to admit or deny paragraph 68.

23. Paragraph 69 is admitted insofar as it quotes a portion of Dan Steenson's statements. It is further admitted insofar as it alleges Mr. Steenson is an attorney who has and continues to represent the Idaho Dairymen's Association. Except as admitted, the paragraph is denied.

24. Paragraph 70 is denied insofar as it purports to quote accurately the statement contained in the paragraph.

25. Paragraph 71 is admitted.

26. Defendant Wasden lacks sufficient knowledge to admit or deny paragraph 72

27. Defendant Wasden lacks sufficient knowledge concerning the meaning of "based in substantial part" and "model act" as such phrase and terms are used in paragraph 73 or the activities of the American Legislative Exchange Council to admit or deny such paragraph.

28. Defendant Wasden denies the first sentence in paragraph 74 and lacks sufficient knowledge to admit or deny the second sentence.

29. Paragraph 75 contains legal conclusions concerning the Idaho Code and is denied. The Code speaks for itself.

30. Defendant Wasden lacks sufficient knowledge to admit or deny paragraphs 76 through 140.

31. Paragraphs 141 through 143 are denied.

32. Defendant Wasden incorporates the answers to paragraphs 1 through 143 in answer to paragraph 144.

33. Paragraphs 145 through 154 are denied insofar as they allege that Idaho Code § 18-7042 violates the First Amendment to the United States Constitution.

34. Defendant Wasden incorporates the answers to paragraphs 1 through 154 in answer to paragraph 155.

35. Paragraphs 156 through 167 are denied insofar as they allege that Idaho Code § 18-7042 violates the First Amendment to the United States Constitution.

36. Defendant Wasden incorporates the answers to paragraphs 1 through 167 in answer to paragraph 168.

37. Paragraphs 169 through 172 are denied insofar as they allege that Idaho Code §18-7042 is preempted by the Supremacy Clause of the United States Constitution.

38. Paragraph 173 is denied.

39.     Defendant Wasden lacks sufficient knowledge to admit or deny paragraphs 174 and 175.

40.     Paragraph 176 is denied.

41.     Paragraphs 177 through 180 are denied insofar as they purport to characterize accurately the purpose or text of 21 U.S.C. § 399d or its effect on state law.

42.     Paragraphs 181 through 184 are denied insofar as they purport to characterize accurately the purpose or text of 33 U.S.C. § 1367(a) or its effect on state law.

43.     Paragraphs 185 and 186 are denied.

44.     Defendant Wasden incorporates the answers to paragraphs 1 through 186 in answer to paragraph 187.

45.     Paragraph 188 is denied insofar as it purports to quote the Equal Protection Clause in the Fourteenth Amendment to the United States Constitution accurately.  The Equal Protection Clause speaks for itself.

46.     Paragraph 189 contains a legal conclusion that need not be admitted or denied. Relevant decisional authority speaks for itself.

47.     Paragraphs 190 through 193 are denied.

## SECOND DEFENSE

Defendant Wasden is immune from unconsented suit in this Court.

## THIRD DEFENSE

Defendant Wasden is without knowledge concerning the Plaintiffs' standing to sue under Article III of the United States Constitution.  Certain claims are nonjusticiable under Article III.

## FOURTH DEFENSE

The complaint fails to state a claim.

WHEREFORE, having fully answered the Complaint, Defendant Wasden requests that it be dismissed with prejudice and that he be awarded attorney's fees, expenses, costs and such other relief as deemed appropriate.

DATED this 15th day of September 2014.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By    /s/ *Clay R. Smith*
>        CLAY R. SMITH
>        CARL J. WITHROE
>        Deputy Attorneys General

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 15th day of September 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent a Notice of Electronic Filing to the following persons:

Justin Marceau
jmarceau@law.du.edu

Matthew Liebman
mliebman@aldf.org

Matthew Strugar
matthew-s@petaf.org

Paige M. Tomaselli
ptomaselli@centerforfoodsafety.org

Richard Alan Eppink
reppink@acluidaho.org

Maria E. Andrade
mandrade@andradelegal.com

Thomas C. Perry
tom.perry@gov.idaho.gov

Cally A. Younger
cally.younger@gov.idaho.gov

Daniel V. Steenson
dan@sawtoothlaw.com

David P. Claiborne
david@sawtoothlaw.com

Charles A Brown
CharlesABrown@cableone.net

Bruce D Brown
bbrown@bakerlaw.com

Leslie Brueckner
lbrueckner@publicjustice.net

Jeffery S. Gulley
jeffg@whistleblower.org

Norman M. Semanko
nms@moffatt.com

Rachel Meeropol
rachelm@ccrjustice.org

Michael J. Bartlett
bartlett@nbmlaw.com

Marty Durand
marty@idunionlaw.com

James M. Piotrowski
james@idunionlaw.com

     /s/ *Clay R. Smith*
      Clay R. Smith