Justin Marceau (California Bar No. 243479)
2255 E. Evans Ave., Denver, CO 80208, jmarceau@law.du.edu

Matthew Liebman (California Bar No. 248861)
170 E. Cotati Ave., Cotati, CA 94931, mliebman@aldf.org

Matthew Strugar (California Bar No. 232951)
2154 W. Sunset Blvd., Los Angeles, CA 90026, matthew-s@petaf.org

Paige M. Tomaselli (California Bar No. 237737)
303 Sacramento St., 2nd Floor, San Francisco, CA 94111, ptomaselli@centerforfoodsafety.org

Leslie A. Brueckner (California Bar No. 140968)
555 12th St., Suite 1230 Oakland, CA 94607, lbrueckner@publicjustice.net

Richard Alan Eppink (Idaho Bar No. 7503)
ACLU of Idaho Foundation, P.O. Box 1897, Boise, ID 83701, reppink@acluidaho.org

Maria Andrade, (Idaho Bar No. 6445)
3775 Cassia Street, Boise, ID 83705, mandrade@andradelegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:14-cv-00104-BLW ) ) MOTION FOR PARTIAL SUMMARY ) JUDGMENT |
| v. | ) ) |
| LAWRENCE WASDEN, in his official capacity as Attorney General of Idaho, | ) ) ) |
| Defendant. | ) ) |

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The non-profit organizations Animal Legal Defense Fund, People for the Ethical Treatment of Animals, American Civil Liberties Union of Idaho, Center for Food Safety, Farm Sanctuary, River's Wish Animal Sanctuary, Western Watersheds Project, Sandpoint Vegetarians, Idaho Concerned Area Residents for the Environment, Idaho Hispanic Caucus Institute for Research & Education, and Farm Forward; the news journal CounterPunch; award-winning author and journalist Will Potter; animal agriculture scholar and historian James McWilliams; would-be-investigator Monte Hickman; freelance journalist Blair Koch; and agricultural investigations expert Daniel Hauff (hereinafter Plaintiffs), hereby move for partial summary judgment pursuant to Fed. R. Civ. P. Rule 56(c), on the grounds that there is no genuine dispute as to any material fact and the movants are entitled to judgment as a matter of law on their First, Second, and Fourth causes of action.  This motion is supported by the accompanying Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Plaintiffs' Separate Statement of Undisputed Material Facts, the declarations and exhibits accompanying this motion, all of the materials already on file in this case, and any other material that the Court may further consider at any hearing on this Motion.

Dated this 18th day of November, 2014

/s/ Justin Marceau
Justin Marceau, (*Pro Hac Vice*)
Of Counsel, Animal Legal Defense Fund
University of Denver
Sturm College of Law
2255 E. Evans Avenue
Denver, CO 80208
(303) 871-6449
jmarceau@law.du.edu

Matthew Liebman, (*Pro Hac Vice*)
Animal Legal Defense Fund

170 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533, ext. 1028
mliebman@aldf.org

Matthew Strugar (*Pro Hac Vice*)
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
(323) 210-2263
matthew-s@petaf.org

Paige M. Tomaselli (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
(415) 826-2770
ptomaselli@centerforfoodsafety.org

Leslie A. Brueckner (*Pro Hac Vice*)
Public Justice
555 12th St., Suite 1230
Oakland, CA 94607
lbrueckner@publicjustice.net

Richard Alan Eppink, ISB no. 7503
American Civil Liberties Union
of Idaho Foundation
P.O. Box 8791
Boise, ID  83701
(208) 344-9750, ext. 1202
reppink@acluidaho.org

Maria Andrade, ISB no. 6445
3775 Cassia Street
Boise, ID 83705
(208) 342-5100, ext. 102
mandrade@andradelegal.com

Attorneys for Plaintiffs