DANIEL V. STEENSON
[Idaho State Bar No. 4332]
DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
SAWTOOTH LAW OFFICES, PLLC
Golden Eagle Building
1101 W. River St., Ste. 110
P. O. Box 7985
Boise, Idaho  83707
Telephone:  (208) 629-7447
Facsimile:   (208) 629-7559
E-mail: dan@sawtoothlaw.com, david@sawtoothlaw.com

Attorneys for The Idaho Dairymen's Association, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO (SOUTHERN DIVISION)

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>**C.L. BUTCH OTTER**, in his official capacity as Governor of Idaho; and **LAWRENCE WASDEN**, in his official capacity as Attorney General of Idaho;<br><br>Defendants. | Case No. 1:14-cv-104-BLW<br><br>**THE IDAHO DAIRYMEN'S ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE SECOND BRIEF OF** *AMICUS CURIAE* |

**COME NOW** The Idaho Dairymen's Association, Inc. ("IDA"), by and through its

attorneys of record, Sawtooth Law Offices, PLLC, and respectfully **MOVES** the Court for leave

to file a second brief of *amicus curiae* in the above-captioned matter, in the form and substance

of that filed herewith.

THE IDAHO DAIRYMEN'S ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE
SECOND BRIEF OF *AMICUS CURIAE* - 1

This Court previously entered an order permitting The Idaho Dairymen's Association, Inc. to participate in this action as an *amicus curiae*.  Dkt. 52, 59.  A prior brief was filed by this *amicus* party relative to Defendants' motion to dismiss.  Dkt. 56.  Now pending before the Court is a motion for summary judgment as to part of the claims advanced by Plaintiffs.  Dkt. 74.  The *amicus* party therefor offers a second brief addressing the issues raised by the pending motion seeking partial relief.

For the reasons set forth above, the IDA respectfully requests that the Court grant it leave to file a second brief of *amicus curiae* relative to the issues now pending before the Court.

**DATED** this 30th day of January, 2015.

SAWTOOTH LAW OFFICES, PLLC

by:_____/s/_____
      Daniel V. Steenson
      David P. Claiborne

THE IDAHO DAIRYMEN'S ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE SECOND BRIEF OF *AMICUS CURIAE* - 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 30th day of January, 2015 by the following method:

**JUSTIN MARCEAU**
**ATTORNEY AT LAW**
2255 E. Evans. Ave.
Denver, CO 80210
Telephone: (303) 871-6449
Facsimile: n/a
E-Mail:jmarceau@law.du.edu
*Attorneys for Plaintiffs*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] Electronic Mail or CM/ECF

**MARIA E. ANDRADE**
**ANDRADE LEGAL, INC.**
PO Box 2109
Boise, ID 83701
Telephone: (208)342-5100
Facsimile: (208) 342-5101
E-Mail:mandrade@andradelegal.com
*Attorneys for Plaintiffs*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] Electronic Mail or CM/ECF

**MATTHEW G. LIEBMAN**
**ANIMAL LEGAL DEFENSE FUND**
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: (707) 795-2533 ext. 1028
Facsimile: n/a
E-Mail: mliebman@aldf.org
*Attorneys for Plaintiffs*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] Electronic Mail or CM/ECF

THE IDAHO DAIRYMEN'S ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE
SECOND BRIEF OF *AMICUS CURIAE* - 3

**MATTHEW DANIEL STRUGAR**
**ATTORNEY AT LAW**
2154 W. Sunset Blvd.
Los Angeles, CA 90026
Telephone: (323) 210-2263
Facsimile: n/a
E-Mail:matthew-s@petaf.org
*Attorneys for Plaintiffs*

[__]   U.S. First Class Mail, Postage Prepaid
[__]   U.S. Certified Mail, Postage Prepaid
[__]   Federal Express
[__]   Hand Delivery
[__]   Facsimile
[_X_]   Electronic Mail or CM/ECF

**RICHARD ALAN EPPINK**
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
PO Box 1897
Boise, ID 83701
Telephone: (208) 344-9750 ext. 1202
Facsimile: (208) 344-7201
E-Mail:reppink@acluidaho.org
*Attorneys for Plaintiffs*

[__]   U.S. First Class Mail, Postage Prepaid
[__]   U.S. Certified Mail, Postage Prepaid
[__]   Federal Express
[__]   Hand Delivery
[__]   Facsimile
[_X_]   Electronic Mail or CM/ECF

**PAIGE M. TOMASELLI**
**CENTER OF FOOD SAFETY**
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Telephone: (415) 826-2770
Facsimile: n/a
E-Mail:ptomaselli@centerforfoodsafety.org
*Attorneys for Plaintiffs*

[__]   U.S. First Class Mail, Postage Prepaid
[__]   U.S. Certified Mail, Postage Prepaid
[__]   Federal Express
[__]   Hand Delivery
[__]   Facsimile
[_X_]   Electronic Mail or CM/ECF

| **THOMAS C. PERRY** | [__] U.S. First Class Mail, Postage Prepaid |
|---|---|

**THOMAS C. PERRY**
**CALLY A. YOUNGER**
**COUNSEL TO THE GOVERNOR**
**OFFICE OF THE GOVERNOR**
State Capitol
PO Box 83720
Boise, ID 83720
Telephone: (208) 334-2100
Facsimile: (208) 334-3454
E-Mail: tom.perry@gov.idaho.gov
        cally.younger@gov.idaho.gov
*Attorneys for Defendant - Otter*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] Electronic Mail or CM/ECF

**CLAY R. SMITH**
**CARL J. WITHROE**
**IDAHO ATTORNEY GENERAL**
PO Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-4118
Facsimile: (208) 854-8073
E-Mail: clay.smith@ag.idaho.gov
        carl.withroe@ag.idaho.gov
*Attorneys for Defendant - Wasden*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[_X_] Electronic Mail or CM/ECF

***Various Counsel for Amicus Participants***    [_X_] Electronic Mail or CM/ECF

_____/s/_____
Daniel V. Steenson
David P. Claiborne

THE IDAHO DAIRYMEN'S ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE
SECOND BRIEF OF *AMICUS CURIAE* - 5