MOTIONS, OBJECTIONS, ETC.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 4/28/2015
Judge B. Lynn Winmill                Deputy Clerk: Jamie Gearhart
Case No. 1:14-cv-104-BLW             Reporter: Tammy Hohenleitner
Place: Boise                         Time: 3:38 – 4:36 p.m.

Animal Legal Defense Fund, et al v. C.L. Butch Otter, et al

Counsel for Plaintiff: Justin Marceau, Richard Eppink, Leslie Brueckner, and Matthew Strugar

Counsel for Defendant: Carl Withroe and Clay Smith

A motion hearing was held regarding Plaintiff's Motion for Partial Summary Judgment (dkt. 74). After oral argument, the matter was taken under advisement. A written decision is forthcoming.