UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> LAWRENCE WASDEN, in his official ) <br> capacity as Attorney General of Idaho, ) <br> ) <br> Defendant. ) | CASE NO. 1:14-CV-00104-BLW <br><br> **FINAL JUDGMENT &** <br> **PERMANENT INJUNCTION** |

___

In accordance with this Court's memorandum decisions and orders in this case, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** as follows:

(1) The Court **DECLARES** that Section 18-7042(1)(a) through (d) of the Idaho Code (I.C. § 18-7042(1)(a)-(d)) is unconstitutional and violates the First and Fourteenth Amendments to the United States Constitution.

(2) The defendant and his officers, agents, employees, attorneys, and all other persons who are in active concert or participation with him are hereby **PERMANENTLY ENJOINED** and prohibited from enforcing, through any action or omission or otherwise, Section 18-7042(1)(a) through (d) of the Idaho Code (I.C. § 18-7042(1)(a)-(d)).

(3) The plaintiffs' claims under the Supremacy Clause (Article VI, Section 2, of the United States Constitution) are hereby **DEEMED MOOT**, solely due to the Court's declaration and permanent injunction above and without prejudice to the plaintiffs

later raising those claims again, in this case or otherwise, upon suggestion that they are no longer moot.

DATED: November 12, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court