JUSTIN MARCEAU (*Pro Hac Vice*)
2255 E. Evans Ave.
Denver, CO 80208
jmarceau@law.du.edu

RICHARD ALAN EPPINK, ISB #7503
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
reppink@acluidaho.org

MARIA ANDRADE, ISB #6445
3775 Cassia St.
Boise, ID 83705
mandrade@andradelegal.com
*Attorneys for Plaintiffs*

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
CARL J. WITHROE, ISB #7051
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073
clay.smith@ag.idaho.gov
carl.withroe@ag.idaho.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LAWRENCE WASDEN, in his official capacity ) <br> as Attorney General of Idaho, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:14-cv-00104-BLW <br><br> **JOINT STIPULATION RE PAYMENT OF ATTORNEY'S FEES AND COSTS** |

Plaintiffs and Defendants (collectively, "Parties") hereby enter into a stipulation concerning the payment of attorney's fees and costs to which Plaintiffs may be entitled from Defendant.

1. Plaintiffs challenged the validity of Idaho Code § 18-7042. They prevailed in part under the Memorandum Decision and Order entered by this Court on August 3, 2015 (Dkt. 110) and the Judgment entered on November 12, 2015 (Dkt. 116). Defendant appealed from the

JOINT STIPULATION RE PAYMENT OF ATTORNEY'S FEES AND COSTS - 1

Judgment to the Ninth Circuit Court of Appeals on December 10, 2015.  Dkt. 119.  The appeal remains pending.

2.	Plaintiffs filed a motion for attorney's fees and costs under 42 U.S.C. § 1988 on December 2, 2015.  Dkt. 118-1.  This Court granted their motion on May 18, 2016 in the amount of $249,875.08.   Dkt. 132.  Defendant has determined not to appeal from that order.

3.	The Parties agree, and otherwise stipulate, that Defendant's obligation to tender the attorney's fees and costs award should be suspended until final disposition of appellate proceedings related to the merits.  Post-judgment interest under 28 U.S.C. § 1961 shall accrue from May 18, 2016 on any amount of attorney's fees and costs eventually held owing.

4.	The Parties request that the Court enter an order approving their Joint Stipulation.

DATED this 17th day of June, 2016. 	DATED this 17th day of June, 2016.

 	STATE OF IDAHO
 	OFFICE OF THE ATTORNEY GENERAL


By: /s/ *Justin Marceau*	By: /s/ Clay R. Smith
 	    Deputy Attorney General

JOINT STIPULATION RE PAYMENT OF ATTORNEY'S FEES AND COSTS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that sent a Notice of Electronic Filing to the following persons:

Justin Marceau
jmarceau@law.du.edu

Matthew Liebman
mliebman@aldf.org

Matthew Strugar
matthew-s@petaf.org

Paige M. Tomaselli
ptomaselli@centerforfoodsafety.org

Richard Alan Eppink
reppink@acluidaho.org

Maria E. Andrade
mandrade@andradelegal.com

Thomas C. Perry
tom.perry@gov.idaho.gov

Cally A. Younger
cally.younger@gov.idaho.gov

Daniel V. Steenson
dan@sawtoothlaw.com

Celeste K. Miller
ck@mcdevitt-miller.com

Susannah W Pollvogt
susannah.pollvogt@washburn.edu

David P. Claiborne
david@sawtoothlaw.com

Charles A Brown
CharlesABrown@cableone.net

Bruce D Brown
bbrown@bakerlaw.com

Leslie Brueckner
lbrueckner@publicjustice.net

Jeffery S. Gulley
jeffg@whistleblower.org

Norman M. Semanko
nms@moffatt.com

Rachel Meeropol
rachelm@ccrjustice.org

Michael J. Bartlett
bartlett@nbmlaw.com

Marty Durand
marty@idunionlaw.com

James M. Piotrowski
james@idunionlaw.com

JOINT STIPULATION RE PAYMENT OF ATTORNEY'S FEES AND COSTS - 3

      AND I HEREBY certify that I have mailed or served the foregoing to the following non-CM/ECF participant via U.S. Mail on such date:

Deepak Gupta
Gupta Beck PLLC
1735 20th Street NW
Washington, DC 20009

                                        /s/   *Clay R. Smith*
                                                Clay R. Smith