# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LAWRENCE WASDEN, in his official capacity ) <br> as Attorney General of Idaho, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:14-cv-00104-BLW <br><br> **ORDER APPROVING JOINT STIPULATION RE PAYMENT OF ATTORNEY'S FEES AND COSTS** |

THIS MATTER came before the Court upon the parties' Joint Stipulation re Payment of Attorney's Fees and Costs (Dkt. 133), and the Court finding the request proper,

IT IS HEREBY ORDERED that the parties' Joint Stipulation re Payment of Attorney's Fees and Costs (Dkt. 133) is approved.

DATED: June 20, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court